

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

| | |
|---|---|
| Cause Number: | 01-18-00612-CR |
| Trial Court Cause Number: | 59,135-B |
| Style: | Lester Jack Bowen |
| | v. The State of Texas |
| Date motion filed*: | January 13, 2020 |
| Type of motion: | Motion for Extension of Time |
| Party filing motion: | Appellant |
| Document to be filed: | Motion for Rehearing |

Is appeal accelerated? ☐ Yes  ☒ No

If motion to extend time:

        Original due date:                January 10, 2020

        Number of previous extensions granted:    1

        Date Requested:

Ordered that motion is:

    ☒ Granted

        If document is to be filed, document due: **February 18, 2020**

        ☒ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☐ The Court will not grant additional motions to extend time.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____

Judge's signature: /s/ Evelyn V. Keyes
        ☒ Acting individually     ☐ Acting for the Court

Date: January 28, 2020